T. H. Walter Duff, Appellant, v. Queensboro Heights Land Corporation, Respondent,— Motion denied, without costs, and without prejudice to

any application that plaintiff may be advised to make at Special Term. Present — Jenks, P. J., Burr, Thomas, Rich and Stapleton, JJ.